UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **Bobbitt** | **Case No. 6:18-cv-01506** |
| **Versus** | **Judge Michael J Juneau** |
| **Commissioner of Social Security** | **Magistrate Judge Carol B. Whitehurst** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Commissioner's decision be REVERSED and REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g) with instructions that an ALJ fully and fairly develop the record as set out in this memorandum to insure that it contains sufficient evidence to make an informed decision and to consider such evidence in its opinion.

**IT IS FURTHER ORDERED** that a consultative rheumatological examination be ordered with particular consideration of the onset of the claimant's severe arthritis and the effect of her morbid obesity on her exertional limitations.

**SIGNED** in Lafayette, Louisiana, on this 9th day of December, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE